IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT E. SANFORD,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV261 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DOUGLAS COUNTY CORRECTIONS,** et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's motion to appoint counsel (Filing No. 11).[1]  On September 3, 2008, the plaintiff filed the motion pro se.  On September 11, 2008, Jeremy C. Jorgenson entered an appearance for the plaintiff as retained counsel.  **See** Filing No. 13.  Accordingly,

**IT IS ORDERED:**

The plaintiff's motion to appoint counsel (Filing No. 11) is denied.

DATED this 12th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed.  The hyperlinked documents appear in blue underlined text.  The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.