IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT E. SANFORD,<br><br>        Plaintiff,<br><br>v.<br><br>DOUGLAS COUNTY CORRECTIONS, et al.,<br><br>        Defendants. | 8:08CV261<br><br>ORDER |

This matter is before the court on the motion of Jeremy C. Jorgenson (Filing No. 21) to withdraw as counsel for the plaintiff Robert E. Sanford. The movant states he and Mr. Sanford have irreconcilable differences of opinion with regard to key issues pertaining to the lawsuit. The movant served a copy of the motion on Mr. Sanford. The court will afford Mr. Sanford an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Jeremy C. Jorgenson's motion to withdraw (Filing No. 21) is held in abeyance.

2. Robert E. Sanford shall have to **on or before May 6, 2009**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Robert E. Sanford will be considered proceeding *pro se*.

3. Moving counsel shall serve a copy of this order on his client and file a certificate of such service with the court.

DATED this 6th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge