IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT E. SANFORD,** | ) | |
| | ) | **8:08CV261** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **DOUGLAS COUNTY CORRECTIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Jeremy C. Jorgenson (Filing No. 21) to withdraw as counsel for the plaintiff Robert E. Sanford. The movant states he and Mr. Sanford have irreconcilable differences of opinion with regard to key issues pertaining to the lawsuit. The movant served a copy of the motion on Mr. Sanford. The court afforded Mr. Sanford an opportunity to respond to the motion and/or obtain substitute counsel. Mr. Sanford sent a letter to the court dated May 1, 2009. **See** Filing No. 24. In the letter, Mr. Sanford does not oppose Mr. Jorgenson's motion for leave to withdraw. Accordingly,

**IT IS ORDERED:**

1. Jeremy C. Jorgenson's motion to withdraw (Filing No. 21) is granted.

2. Robert E. Sanford is hereby considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly regarding this case.

3. The plaintiff's request (Filing No. 24) for additional time to serve the defendants and for appointment of counsel are taken under advisement.

4. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

5. The Clerk of Court shall send a copy of this order to the plaintiff at his last known address:    Robert Sanford
Inmate # 68503
PO Box 900
Tecumseh, NE 68450-0900

DATED this 5th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge