IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. SANFORD, | ) | 8:08CV261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNKNOWN NEWTON, Director, | ) | |
| UNKNOWN DAVIS, Corrections | ) | |
| Officer, UNKNOWN DUTCHER, | ) | |
| Corrections Officer, and UNKNOWN | ) | |
| SHERMAN, Case Management, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. The primary issue before the court is whether Plaintiff Robert E. Sanford failed to exhaust his administrative remedies prior to filing suit in this court, as argued by Defendants in their Motion for Summary Judgment. (*See* Filing No. 107 at CM/ECF p. 1.) The Index of Evidence filed by Defendants in support of their Motion for Summary Judgment indicates that Plaintiff's inmate request forms and inmate grievance forms are included in Defendants' exhibit package as Exhibits 10 and 11. (Filing No. 107, Attachment 1, at CM/ECF p. 1.) However, Exhibits 10 and 11 are actually excerpts from the Douglas County Department of Corrections Policy and Procedures Manual, and not the inmate request and grievance forms. (*See* Filing No. 110, Attachment 10 and Filing No. 110, Attachment 11.)

    Because the court needs to review Plaintiff's inmate request forms and inmate grievance forms in order to rule on Defendants' Motion for Summary Judgment, the court will give Defendants until October 4, 2010, to provide the relevant inmate request forms and inmate grievance forms.

**IT IS THEREFORE ORDERED THAT**:

1. Defendants shall have until October 4, 2010, to file all relevant inmate request forms and inmate grievance forms.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 4, 2010: check for filing of inmate request forms and inmate grievance forms.

DATED this 23rd day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.